# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | | |
|---|---|---|
| United States of America<br>v.<br><br>EMANUEL ASHTOR,<br><br>_____<br>*Defendant* | )<br>)<br>)<br>)<br>)<br>) | Case No.<br><br>25-CR-20021-GAYLES/GOODMAN |

**FILED BY** ____mp____ **D.C.**
**Jan 21, 2025**
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - Miami

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* EMANUEL ASHTOR ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

Conspiracy to Damage a Protected Computer, in violation of Title 18, United States Code, Section 371; Conspiracy to Commit Wire Fraud and Mail Fraud, in violation of Title 18, United States Code, Section 1349; Conspiracy to Commit Money Laundering, in violation of Title 18, United States Code, Section 1956(h); Conspiracy to Transfer False Identification Documents, in violation of Title 18, United States Code, Section 1028(a)(2) and (f).

Date: January 21, 2025

*Michelle Paschal*
*Issuing officer's signature*

City and state: Miami, Florida

ANGELA E. NOBLE, CLERK OF COURT
*Printed name and title*

### Return

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____

Certified to be a true and correct copy of the document on file
Angela E. Noble, Clerk,
U.S. District Court
Southern District of Florida
By *Michelle Paschal*
Deputy Clerk
Date **Jan 21, 2025**

_____
*Arresting officer's signature*

_____
*Printed name and title*

**This second page contains personal identifiers provided for law-enforcement use only and therefore should not be filed in court with the executed warrant unless under seal.**

*(Not for Public Disclosure)*

Name of defendant/offender: EMANUEL ASHTOR
Known aliases: Ndagijimana Emmanuel
Last known residence: 4401 Barclay Downs Dr, Apt 225, Charlotte, NC
Prior addresses to which defendant/offender may still have ties: N/A

Last known employment: Unknown
Last known telephone numbers: 646-961-2664
Place of birth: Unknown
Date of birth: 02/12/1990
Social Security number: 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
Height: Unknown    Weight: Unknown
Sex: Male    Race: Black
Hair: Black    Eyes: Brown
Scars, tattoos, other distinguishing marks: Unknown

History of violence, weapons, drug use: None

Known family, friends, and other associates *(name, relation, address, phone number)*: Maria Muste (spouse)

FBI number: None
Complete description of auto: Black Tesla (NC License Plate Number LDC-5800)

Investigative agency and address: Federal Bureau of Investigation
2030 SW 145th Avenue, Miramar, Florida 33027

Name and telephone numbers (office and cell) of pretrial services or probation officer *(if applicable)*:

Date of last contact with pretrial services or probation officer *(if applicable)*: